IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDGAR UNION SR., ) | 8:18CV256 |
| ) | |
| Plaintiff, ) | |
| ) | MEMORANDUM |
| v. ) | AND ORDER |
| ) | |
| CORRECT CARE SOLUTIONS ) | |
| and LANCASTER COUNTY DEPT. ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendants. ) | |

On August 6, 2018, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action (Filing No. 9). To date, Plaintiff has not filed an amended complaint or taken any other action in this matter. A letter the court received from Plaintiff on August 7, 2018 (Filing No. 10), was written before the court entered its order on initial review of Plaintiff's Complaint, and does not cure any of the pleading defects which were discussed in that order.

IT IS THEREFORE ORDERED:

This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 14th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge